(113 App. Div. 41)

### MEARS et al. v. NORTH AMERICAN BREWING CO.

(Supreme Court, Appellate Division, Second Department. May 4, 1906.)

COURTS—MUNICIPAL COURTS—APPEAL—RENDITION OF JUDGMENT AGAINST DEFENDANT NOT SERVED WITH PROCESS.

　　Under Code Civ. Proc. § 3057, providing for affidavits on appeal founded on error in fact not within the knowledge of the court, an appeal from a judgment of the Municipal Court of New York is the proper remedy, where defendant shows by affidavit that the summons was not served on it, and the affidavit of service fails to show a proper service.

Appeal from Municipal Court, Borough of Brooklyn, Third District.

Action by Camden Mears and others, copartners, doing business under the firm name of the Mears Rubber Company, against the North American Brewing Company. From a judgment for plaintiffs, defendant appeals. Reversed.

Argued before JENKS, HOOKER, GAYNOR, RICH, and MILLER, JJ.

Fernando Solinger, for appellant.
Henry Bonawitz, for respondents.

MILLER, J. The defendant appeals from a judgment of the Municipal Court, and shows by affidavit that personal service of the summons was not made upon it, and that it made no appearance in the action. The respondent does not dispute this, and the affidavit of service upon which the judgment was rendered fails to show service on the defendant. An appeal was the proper remedy. Section 3057, Code Civ. Proc.; Lazarus v. Boynton (Sup.) 86 N. Y. Supp. 104.

The judgment of the Municipal Court must be reversed, with costs. All concur.